# United States Court of Appeals
## For the First Circuit

No. 13-1543

UNITED STATES OF AMERICA,

Appellant,

v.

RICHARD W. SZPYT, a/k/a Zip;
RAMÓN DELLOSANTOS, a/k/a José Ramón, a/k/a Monstrito,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on April 3, 2015 is amended as follows:

On page 10, line 2: replace "735 F.3d at 18" with "753 F.3d at 18"